**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for:
DARMANJOT SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARMANJOT SINGH,<br><br>Defendant | Case No.: 1:24-cr-00098-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE JENNIFER L. THURSTON AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, DARMANJOT SINGH, by and through his attorney of record, Timothy Hennessy, hereby requesting that the change of plea hearing currently set for Monday July 29, 2024, be continued to Monday September 9, 2024.

  Defense Counsel has been engaged in a homicide trial (*People vs. Sebastian Parra BF191473B)* and needs more time for purposes of conferring with Mr. Singh regarding questions he raised at the initial change of plea hearing. Furthermore, Counsel has had a very challenging time scheduling Punjabi interpreters in the limited time slots allowed by the Lerdo Detention Facility. I have spoken to AUSA Antonio Pataca, and he has no objection to continuing the change of plea hearing.

1  The parties also agree exclude time under the Speedy Trial Act from July 29, 2024, through September 9, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 7/25/2024  */s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
DARMANJOT SINGH

DATED: 7/25/2024  */s/Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

**ORDER**

The parties also agree exclude time under the Speedy Trial Act from July 29, 2024, through September 9, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv). **IT IS SO ORDERED** that the status conference hearing be continued to September 9, 2024 at 9:00am.

IT IS SO ORDERED.

Dated:   **July 26, 2024**

_____
UNITED STATES DISTRICT JUDGE