PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 1:24-CR-00098-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DARMANJOT SINGH, | |
| Defendant. | |

    Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant DARMANJOT SINGH, both individually and by and through his counsel of record, TIMOTHY HENNESSY, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on October 30, 2024.

    2.    By this stipulation, defendants now move to continue the status conference until January 15, 2025, and to exclude time between October 30, 2024, and January 15, 2025, under Local Code T4.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes reports, photographs, videos, audio recordings, criminal history records, etc… All of this discovery has been either produced directly to counsel and/or made available for inspection

and copying.

        b)      Counsel for defendant desires additional time consult with his client, review discovery, conduct investigation, conduct research into legal issues, discuss potential resolutions, and otherwise prepare for trial.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 30, 2024 to January 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 22, 2024                            PHILLIP A. TALBERT
                                                              United States Attorney

                                                               /s/ ANTONIO J. PATACA
                                                                ANTONIO J. PATACA
                                                                Assistant United States Attorney

Dated:  October 22, 2024                            /s/ TIMOTHY P. HENNESSY

                                              TIMOTHY P. HENNESSY
                                              Counsel for Defendant
                                              Darmanjot Singh

### ORDER

In light of the fact that the Defendant DARMANJOT SINGH was recently indicted, the parties' stipulation is hereby GRANTED. The parties shall be prepared to select a mutually agreeable trial date at the January 15, 2025, status conference.

IT IS SO ORDERED.

Dated: **October 24, 2024**                    */s/ Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE