PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>          v.<br><br>DARMANJOT SINGH,<br><br>              Defendant. | CASE NOS.  1:24-CR-00098-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant DARMANJOT SINGH, both individually and by and through his counsel of record, TIMOTHY HENNESSY, hereby stipulate as follows:

1.       By previous order, this matter was set for status on January 15, 2025.

2.       By this stipulation, defendants now move to continue the status conference until March 19, 2025, and to exclude time between January 15, 2025, and March 19, 2025, under Local Code T4. The parties will be prepared to set a trial date at the next scheduled status conference.

3.       The parties agree and stipulate, and request that the Court find the following:

a)       The government has represented that the discovery associated with this case includes reports, photographs, videos, audio recordings, criminal history records, etc… All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1       b)     Counsel for defendant desires additional time consult with his client, review

2  discovery, conduct investigation, conduct research into legal issues, conduct an investigation into

3  potential medical issues, discuss potential resolutions, and otherwise prepare for trial.

4       c)     Counsel for defendant believes that failure to grant the above-requested

5  continuance would deny him/her the reasonable time necessary for effective preparation, taking

6  into account the exercise of due diligence.

7       d)     The government does not object to the continuance.

8       e)     Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of January 15, 2025 to March 19,

13  2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14  T4] because it results from a continuance granted by the Court at defendant's request on the basis

15  of the Court's finding that the ends of justice served by taking such action outweigh the best

16  interest of the public and the defendant in a speedy trial.

17      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

18  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19  must commence.

20

21

22      IT IS SO STIPULATED.

23

24

25  Dated:  January 7, 2025                  PHILLIP A. TALBERT

                                        United States Attorney

26

27                                 /s/ ANTONIO J. PATACA

                               ANTONIO J. PATACA

28                                 Assistant United States Attorney

Dated:  January 7, 2025                          /s/ TIMOTHY P. HENNESSY
                                                 TIMOTHY P. HENNESSY
                                                 Counsel for Defendant
                                                 Darmanjot Singh

**ORDER**


        The parties shall be prepared to select a mutually agreeable trial date at the next status

conference.


IT IS SO ORDERED.

Dated:   **January 10, 2025**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION                                 3