ERIC GRANT
Acting United States Attorney
ANTONIO J. PATACA
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>DARMANJOT SINGH,<br><br>               Defendant. | CASE NO. 1:24-CR-00098-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: October 15, 2025<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on October 15, 2025.

2. By this stipulation, defendant now moves to continue the trial until January 14, 2026, and to exclude time between October 15, 2025, and January 14, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant believes that more time is necessary to meet with his client in preparation for trial. This is largely due to the difficulty in finding available Punjabi interpreters who can meet during the times allotted for visitation at Taft CCF. This issue has slowed the preparation process tremendously.

    b) The government does not object to the continuance.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2025 to January 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 12, 2025

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: September 12, 2025

/s/ Timothy P. Hennessy
Timothy P. Hennessy
Counsel for Defendant
Darmanjot Singh

### [PROPOSED] ORDER

The trial is CONTINUED to **January 6, 2026** at 8:30 a.m. For the reasons set forth above, time is excluded under the Speedy Trial Act through January 6, 2026.

Dated: September 12, 2025

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2