ERIC GRANT
United States Attorney
ANTONIO J. PATACA
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DARMANJOT SINGH,<br><br>            Defendant. | Case No: 1:24-CR-00098-JLT-SKO<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER RE: SAME** |

   WHEREAS, This Court may enter protective orders pursuant to Fed. R. Crim. P. 16(d), 18 U.S.C. §§ 3509(d)(3) and 3771(a), and its general supervisory authority.

   WHEREAS, the discovery in this case contains information pertaining to confidential informants participating in ongoing criminal investigations, specifically, the documents with bates numbers SINGH_ATTORNEYS_EYES_ONLY_00000001 through SINGH_ATTORNEYS_EYES_ONLY_00000012 (the "Protected Information"); and

1

WHEREAS, the parties desire to avoid both the necessity of redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, defendant DARMANJOT SINGH, by and through his counsel of record, Tim Hennessy ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorneys Antonio Pataca and Calvin Lee, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share the Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. The defendant may not view unredacted documents.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

8. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new counsel after new counsel has confirmed to government counsel in writing his or her agreement to the terms of this Order.

9. Nothing in this Order shall preclude a party from seeking a more restrictive protective order or other court order with regard to particular discovery items.

IT IS SO STIPULATED.

(*As auth 11/10/25*)

Dated: November 10, 2025        By:   /s/ Tim Hennessy
                                      Tim Hennessy
                                      Attorney for Defendant
                                      Darmanjot Singh

Dated: November 5, 2025               Eric Grant
                                      United States Attorney


                                By:   /s/ Antonio J. Pataca
                                      Antonio J. Pataca
                                      Assistant U.S. Attorney


                                By:   /s/ Calvin Lee
                                      Calvin Lee
                                      Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **November 10, 2025**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE