**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for:
DARMANJOT SINGH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>DARMANJOT SINGH,<br><br>　　　　Defendant | Case No.: 1:24-cr-00098-JLT-SKO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE JENNIFER L. THURSTON AND NICHOLAS KARP AND CALVIN LEE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DARMANJOT SINGH, by and through his attorney of record, Timothy Hennessy, hereby requesting that jury trial currently set for January 6, 2026, be continued to March 3, 2026.

Defense Counsel is currently in a homicide trial (*People vs. Antone James BF191453C*) and will need more time to prepare. Furthermore, Counsel would request to move the dates associated with the Court's pre-trial orders and for pretrial motions to dates convenient for the Court's calendar February 2026, to give counsel more time to research and prepare motions. I have spoken to both AUSA Nicholas Karp and Calvin Lee, and they have no objection to continuing the jury trial.

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED:12/9/2025                          */s/ Timothy Hennessy*
                                        TIMOTHY HENNESSY
                                        Attorney for Defendant
                                        DARMANJOT SINGH

DATED:12/9/2025                          */s/Nicholas Karp*
                                        NICHOLAS KARP
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the jury trial be continued to March 3, 2026, and pretrial motions to February 2026.

Dated: December 11, 2025

JUDGE JENNIFER L. THURSTON