ERIC GRANT
Acting United States Attorney
NICHOLAS E. KARP
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DARMANJOT SINGH,<br><br>                              Defendant. | CASE NO.  1:24-CR-00098-JLT-SKO<br><br>STIPULATION TO CONTINUE MOTIONS IN LIMINE DEADLINE; FINDINGS AND ORDER<br><br>DATE: March 3, 2026<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on March 3, 2026, with Motions in Limine due on February 10, 2026, at 4:00 p.m.

2.      By this stipulation, defendant now moves to continue the Motions in Limine deadline until February 13, 2026, at 4:00 p.m.

3.      The parties agree and stipulate, and respectfully request that the Court find the following:

a)      Counsel for defendant believes that more time is necessary to meet with his client to discuss possible stipulations. This is largely due to the difficulty in assuring the availability of a Punjabi interpreter who can meet during the times allotted for visitation at Taft CCF. This issue may prevent counsel for defendant from conferring with the defendant in advance of the Motions

STIPULATION TO CONTINUE MOTIONS IN
LIMINE DEADLINE

1

in Limine deadline about his potential agreement to stipulations that, if agreed to, could aid in the efficiency and speedy resolution of the trial and moot additional briefing for the Motions in Limine.

        b)    The government does not object to the continuance.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 9, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated:  February 9, 2026

/s/ Timothy P. Hennessy
Timothy P. Hennessy
Counsel for Defendant
Darmanjot Singh

**ORDER**

IT IS SO ORDERED.

Dated:  **February 9, 2026**

UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE MOTIONS IN
LIMINE DEADLINE

2