ERIC GRANT
Acting United States Attorney
NICHOLAS E. KARP
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>DARMANJOT SINGH,<br><br>       Defendant. | CASE NO.  1:24-CR-00098-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 3, 2026<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on March 3, 2026.

2. By this stipulation, defendant now moves to vacate the trial date, vacate the deadlines in the Court's January 29, 2026, pre-trial order, schedule a status conference on May 6, 2026, at 1:00 p.m. before the assigned magistrate judge, and to exclude time between March 3, 2026, and May 6, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant has moved to withdraw his representation, after being made aware of a conflict based on evidence the government intends to introduce at trial.

b) Counsel for defendant believes that the defendant's newly appointed counsel will

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

require more time to meet with his or her client in preparation for trial. This is largely due to the difficulty in finding available Punjabi interpreters who can meet during the times allotted for visitation at Taft CCF. This issue has slowed the preparation process tremendously and can present challenges for newly appointed counsel as well.

c)    The government does not object to the continuance.

d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 3, 2026 to May 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  February 11, 2026

ERIC GRANT
United States Attorney


/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney


Dated:  February 11, 2026

/s/ Timothy P. Hennessy
Timothy P. Hennessy
Counsel for Defendant
Darmanjot Singh


**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:    **February 11, 2026**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3