ERIC GRANT
United States Attorney
CALVIN LEE
NICHOLAS KARP
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARMANJOT SINGH,<br><br>Defendant. | CASE NO. 1:24-CR-00098-JLT-SAB<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER RE: SAME** |

WHEREAS, This Court may enter protective orders pursuant to Fed. R. Crim. P. 16(d), 18 U.S.C. §§ 3509(d)(3) and 3771(a), and its general supervisory authority.

WHEREAS, the discovery in this case contains information pertaining to confidential informants participating in ongoing criminal investigations, specifically, the documents with bates numbers SINGH_ATTORNEYS_EYES_ONLY_00000001 through SINGH_ATTORNEYS_EYES_ONLY_00000012 (the "Protected Information"); and

///

///

///

STIPULATION BETWEEN THE UNITED STATES AND
DEFENDANT REGARDING PRODUCTION OF PROTECTED
INFORMATION; [PROPOSED] PROTECTIVE ORDER RE: SAME

1

WHEREAS, the parties desire to avoid both the necessity of redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, defendant DARMANJOT SINGH, by and through his counsel of record, Marc Days ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorneys Calvin Lee and Nicholas Karp, hereby agree and stipulate as follows:

1.     This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.     This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.     By signing this Stipulation and Protective Order, Defense Counsel agrees not to share the Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff.  The defendant may not view unredacted documents.

4.     The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5.     Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7.     Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

8.     In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new counsel after new counsel has confirmed to government counsel in writing his or her agreement to the terms of this Order.

///

STIPULATION BETWEEN THE UNITED STATES AND
DEFENDANT REGARDING PRODUCTION OF PROTECTED
INFORMATION; [PROPOSED] PROTECTIVE ORDER RE: SAME

2

9.    Nothing in this Order shall preclude a party from seeking a more restrictive protective order or other court order with regard to particular discovery items.

IT IS SO STIPULATED.

Dated: April 16, 2026                              /s/Marc Days
                                                   MARC DAYS
                                                   Attorney for Defendant
                                                   Darmanjot Singh

Dated: April 16, 2026                              Eric Grant
                                                   United States Attorney

                                          By:      /s/Calvin Lee
                                                   CALVIN LEE
                                                   Assistant U.S. Attorney

                                          By:      /s/Nicholas Karp
                                                   NICHOLAS KARP
                                                   Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:    **April 16, 2026**              /s/ Eric P. Grosj
                                          UNITED STATES MAGISTRATE JUDGE