ERIC GRANT
Acting United States Attorney
NICHOLAS E. KARP
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>       v.<br><br>DARMANJOT SINGH,<br><br>               Defendant. | CASE NO. 1:24-CR-00098-JLT-SAB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 6, 2026<br>TIME: 1:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set status conference on May 6, 2026.

2.      By this stipulation, the parties now move to continue the status conference to September 2, 2026, and to exclude time between May 6, 2026, and September 2, 2026.

3.      The parties agree and stipulate, and respectfully request that the Court find the following:

a)      On February 26, 2026, counsel for defendant entered his notice of appearance in this matter following withdrawal of defendant's prior counsel.

b)      Counsel for defendant believes that more time is necessary to meet with his client to review discovery and discuss the case. Defendant requires a Punjabi interpreter to discuss the case.

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

1

c)    The government has represented that the discovery associated with this case includes investigation reports, the Defendant's recorded statements, text messages, and numerous audio and visual media files. A significant portion of this discovery has involved the Punjabi language. All of this discovery has been produced to counsel.

d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, given the unique challenges posed by counsel's very recent entry of appearance in the matter together with the impact of the Punjabi language barrier on both efficient client discussions and review of the evidence in this case.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2026 to September 2, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 28, 2026                                   ERIC GRANT
                                                        United States Attorney


                                                        /s/ CALVIN LEE
                                                        CALVIN LEE
                                                        Assistant United States Attorney


STIPULATION TO CONTINUE STATUS                    2
CONFERENCE AND EXCLUDE TIME

Dated:  April 28, 2026

/s/ Marc Days
Marc Days
Counsel for Defendant
Darmanjot Singh

### FINDINGS AND ORDER

The stipulation for continuance is denied but the case is continued to the Court's status conference on May 20, 2026 at 1:00 pm in Courtroom 9.  The parties shall be prepared to discuss at the status conference hearing what any discovery is needed to be produced by both sides and whether the court should enter an order setting discovery deadlines.  In addition, the parties shall give a time frame on setting a trial date in this case as this case is a 2024 case.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:    **April 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

3